IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**BEAUFORT DIVISION**

**United States of America**

vs

**Richard Alexander Murdaugh**

CR NO. 9:23cr396

# PLEA

The defendant, **Richard Alexander Murdaugh**, having withdrawn his plea of Not Guilty entered May 31, 2023, pleads **GUILTY to Count(s)** 1 through 22 of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

September 21, 2023