IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 9:23-cr-00396-RMG |
| | ) |
| v. | ) |
| | ) |
| RICHARD ALEXANDER MURDAUGH | ) |
| | ) |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Richard Alexander Murdaugh ("Defendant"), based upon the Defendant's conviction of conspiracy to commit wire fraud and bank fraud, conspiracy to commit wire fraud, wire fraud, bank fraud, and money laundering, in violations of Title 18, United States Code, Sections 1343, 1344, 1349, and 1956.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

[SIGNATURE PAGE TO FOLLOW]

Respectfully Submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By:     s/ Carrie Fisher Sherard
        Carrie Fisher Sherard #10134
        Assistant United States Attorney
        55 Beattie Place, Suite 700
        Greenville, SC 29601
        (864) 282-2100

September 21, 2023