*USA v. Murdaugh*
Criminal No. 9:23-cr-00396-RMG
Defendant's Motion for Immediate Seizure of Defendant's Assets

# EXHIBIT A

(Transcript excerpt from May 3, 2023 hearing, *Beach v. Parker, et al.*)

1

```
 1  STATE OF SOUTH CAROLINA  )    COURT OF COMMON PLEAS
                             )        2019-CP-25-00111
 2                           )
    COUNTY  OF  LEXINGTON    )
 3

 4
    RENEE BEACH, personal       )
 5  representative of the       )
    estate of Mallory Beach,    )
 6                              )
                 Plaintiff,     )
 7                              )
                                )    TRANSCRIPT OF RECORD
 8  vs.                         )
                                )
 9  GREG M. PARKER, INC., and   )
    RICHARD A. MURDAUGH, and    )
10  RICHARD A. MURDAUGH, JR.,   )
                                )
11              Defendants.     )

12

13                   May 3, 2023

14                   Lexington, South Carolina

15
    B E F O R E:
16
        HONORABLE DANIEL D. HALL, JUDGE
17
    A P P E A R A N C E S:
18
        James M. Griffin, Esquire
19
        Jordan Crapps, Esquire
20
        John T. Lay, Esquire
21
        Eric S. Bland, Esquire
22
        Mark B. Tinsley, Esquire
23

24                                    Lisa G. Amick
                                      Official Court Reporter
25
```

1  attorney in criminal court, or if they can't afford an
2  attorney, the Court would appoint an attorney.  So it seems
3  like the issue becomes in this particular case almost an
4  equitable issue of who pays, either the tax payers through
5  indigent defense or either money that legally and technically
6  right now is still his and should pay his, the Court approved
7  payment of that money so that, I mean, is that sort of where we
8  are practically, who pays?  Either it comes out of his, either
9  comes out of that bucket, and I'll hear from everybody in just
10 a moment, we're going to take our time on this, and I'm not
11 going to rule today, but that's sort of where I am, how I view
12 it.  Yes, Mr. Crapps?
13             MR. CRAPPS:  Well, so a couple things.  In that US v
14 Marshall case, the issue at hand was the restraint of untainted
15 assets and whether those assets can be used to hire appellate
16 counsel.  When addressed with that question, the Fourth Circuit
17 said no, they answered that question in the negative.  So, so
18 that comment between tainted and untainted I think is a little
19 misleading, especially when the Sixth Amendment provides no
20 right to this relief that they seek.  Also, Your Honor, the,
21 the tainted issue is kind of the statutory mechanism that
22 Courts in these series of cases we've been talking about today
23 uses to transfer title or interest from that Defendant to the
24 government.  And so here, that transfer of interest, the
25 government's interest, we're not the government, I'll get to