UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO.:  9:23-cr-396-RMG |
| | ) |
| vs. | ) |
| | ) |
| **RICHARD ALEXANDER MURDAUGH** | ) |

## MOTION FOR PROTECTION FROM COURT APPEARANCE

The undersigned Attorney for the United States requests protection from court appearances in the above case from March 21 – 22 and April 3 – 5, 2024. Counsel is scheduled for oral argument before the Fourth Circuit on March 22, 2024 and personal travel April 3 through April 5, 2024.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*s/Emily Limehouse*
Emily Evans Limehouse (Federal ID #12300)
Assistant United States Attorney
Federal I.D. No. 12300
Charleston, South Carolina
Email: Emily.Limehouse@usdoj.gov

February 29, 2024