# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>RICHARD ALEXANDER MURDAUGH<br><br>Defendant, | C/A No.: 9:23-396-RMG<br><br>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES |

Richard A. Harpootlian, attorney for Defendant Richard Alexander Murdaugh, hereby gives notice of hie request for protection the court in the above-captioned action from April 4, 2024 through April 12, 2024 due to a planned vacation out of the country. Currently, there are no scheduling conflicts on the requested dates.

                                            Respectfully submitted,

                                        /s Richard A. Harpootlian
                                        Richard A. Harpootlian (Fed. ID No. 1730)
                                        RICHARD A. HARPOOTLIAN, P.A.
                                        Post Office Box 1090
                                        Columbia, SC 29202
                                        Telephone: (803) 252-4848
                                        Facsimile: (803) 252-4810
                                        rah@harpootlianlaw.com

March 8, 2024
Columbia, South Carolina.